UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD ANTHONY DIMARTINI,<br><br>Defendant. | Case No.: 2:11-cr-373-KJD-PAL<br><br>**ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER (HALFWAY HOUSE)** |

Presently before the court is the matter of United States v. Donald Anthony DiMartini, 2:11-cr-373-KJD-PAL.

On January 22, 2014, this Court held a hearing regarding violations of Mr. DiMartini's supervised release. At that hearing, the Court modified Mr. DiMartini's supervised release conditions to include:

> Reside in Residential Re-entry Center - You shall reside at and participate in the program of a residential re-entry center for a period of 90 days as approved and directed by the probation officer.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant DONALD ANTHONY DIMARTINI reside in Residential Re-entry Center (also known as the halfway house) for a period of 90 days as approved and directed by the probation officer.

DATED this 23rd of January, 2014.

UNITED STATES DISTRICT JUDGE

1